JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SARA ABIGAIL CUBIAS CORNEJO,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON et al.,<br><br>Respondents. | Case No. 5:26-cv-06205-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Sara Abigail Cubias Cornejo (A# 216-781-156) on the conditions of release in effect immediately before her 2026 re-detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 28, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge